UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| SABRINA CRYER | CIVIL ACTION |
| VERSUS | |
| RUSSELL L. MADDOX, ET AL. | NO. 23-00241-BAJ-RLB |

## RULING AND ORDER

On August 16, 2023, the Magistrate Judge issued a **Report and Recommendation (Doc. 16, the "Report")** recommending that the above-captioned action be remanded to the Nineteenth Judicial District Court for the Parish of East Baton Rouge, State of Louisiana for lack of subject matter jurisdiction, based on Defendants' failure to establish that the amount in controversy exceeds the jurisdictional minimum for diversity jurisdiction under 28 U.S.C. § 1332. The deadline to object to the Report has passed with no objection from Defendants.

Having carefully considered Defendants' Notice of Removal (Doc. 1) and the Parties' memoranda setting forth their respective positions regarding whether Defendants have satisfied Section 1332's amount-in-controversy requirement (Docs. 7, 12), the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that the above-captioned action be and is hereby immediately **REMANDED** to the Nineteenth Judicial District Court for the Parish of East Baton Rouge, State of Louisiana.

19th JDC Certified

**IT IS FURTHER ORDERED** that the Clerk of Court shall **TERMINATE** this matter.

Baton Rouge, Louisiana, this 8th day of September, 2023

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**